Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of silk wearing apparel similar in all material respects to that the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C.C.P.A. 136, C.A.D. 585), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, JANUARY 31, 1962

**No. 66432.**—The Huffman Manufacturing Co. *v.* United States, protests 321287–K/15148 and 321285–K/15118 (New Orleans).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiff was sustained.

**No. 66433.**—Seedman International Corp. *v.* United States, protests 60/17309, 60/18937, and 61/1920 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, FEBRUARY 1, 1962

**No. 66434.**—Ucagco, Inc. *v.* United States, protest 58/8054 (San Francisco).

MOLLISON, Judge: The merchandise the subject of this protest is described on the invoice as "Frame Picture Plaque" and apparently consists of wooden frames